**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph A. Pettigrew (CA 236933)
jpettigrew@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Jing-Li Yu (CA 342985)
jyu@scott-scott.com
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334

*Counsel for Plaintiff City of Birmingham Retirement and Relief System*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Derivatively on Behalf of SUPER MICRO COMPUTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES LIANG, DAVID WEIGAND, SARA LIU, DANIEL FAIRFAX, TALLY LIU, JUDY LIN, and YIH-SHYAN “WALLY” LIAW,<br><br>Defendants,<br><br>– and –<br><br>SUPER MICRO COMPUTER, INC.,<br><br>Nominal Defendant. | Case No. 5:26-cv-06292-SVK<br><br>**NOTICE OF FILING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff hereby gives notice of the Administrative Motion to Consider Whether Cases Should be Related ("Administrative Motion") filed on July 6, 2026, in *In re Super Micro Computer, Inc. Securities Litigation*, Case No. 5:24-cv-06147-EJD (N.D. Cal.) (the "Securities Action"). A copy of the Administrative Motion filed in the Securities Action is attached hereto as Exhibit A.

Dated: July 6, 2026

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: s/ Jing-Li Yu

Jing-Li Yu (CA 342985)
Donald A. Broggi
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
E-mail: jyu@scott-scott.com
dbroggi@scott-scott.com

Joseph A. Pettigrew (CA 236933)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
E-mail: jpettigrew@scott-scott.com

Geoffrey M. Johnson (*Pro Hac Vice* Forthcoming)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216-229-6088
Facsimile: 216-229-6092
E-mail: gjohnson@scott-scott.com

*Counsel for Plaintiff City of Birmingham Retirement and Relief System*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. All parties not so registered will be served via e-mail or U.S. Mail.

Executed on July 6, 2026, at New York, New York.

*/s/* Jing-Li Yu
JING-LI YU (CA 342985)